962

No. 1212. INDEPENDENT STAVE CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied. *Sam Elson* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1217. BAILEY *v.* MACDOUGALL, CORRECTIONS DIRECTOR. Sup. Ct. S. C. Certiorari denied. *Maurice C. Goodpasture* for petitioner.

No. 1256. ATHORN *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Edward G. D'Alessandro* for petitioner.

No. 1260. CHRISTIANSEN *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *Herbert L. Zuckerman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *Burton Berkley* for the United States et al.

No. 1182. HENRY *v* COAHOMA COUNTY BOARD OF EDUCATION ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Greenberg, James M. Nabrit III, Derrick A. Bell, Jr.,* and *R. Jess Brown* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, *Will S. Wells,* Assistant Attorney General, and *William H. Maynard* for respondents.

No. 1213, Misc. SPERLING *v.* WILLINGHAM, WARDEN. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for respondent.